THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WALTER C. JOHNSON, Respondent.

(Argued May 13, 1931; decided June 2, 1931.)

*Fred. Linus Carroll* and *Bernard W. Kearney* for appellant.

*Harry F. Dunkel* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.